■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINNEL ODOM, Appellant.—Judgment of the Supreme Court, Kings County (Held, J.), rendered July 22, 1982, affirmed *(see, People v Pellegrino,* 60 NY2d 636). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LESLIE PEMBERTON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Richmond County (Broomer, J.), rendered March 22, 1982, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.